| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____ Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Iron Works Enterprises Incorporated

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

Iron Works Inc (due to scrinever error)

**3. Debtor's federal Employer Identification Number (EIN)**  61-1422066

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3901 Pennebaker Ave | |
| Bardstown, KY 40004 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Nelson | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  Iron Works Enterprises Incorporated                            Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3335

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  Iron Works Enterprises Incorporated                                   Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor  Iron Works Enterprises Incorporated                         Case number (*if known*)
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Iron Works Enterprises Incorporated                    Case number (*if known*)
        Name

# Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 12, 2025
              MM / DD / YYYY

**X** /s/ Charles Todd Durbin                          Charles Todd Durbin
Signature of authorized representative of debtor       Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Joseph H. Haddad                             Date   March 12, 2025
Signature of attorney for debtor                              MM / DD / YYYY

Joseph H. Haddad
Printed name

Seiller Waterman LLC
Firm name

Meidinger Tower - 22nd Floor
462 S. 4th Street
Louisville, KY 40202
Number, Street, City, State & ZIP Code

Contact phone   502-371-3504        Email address   haddad@derbycitylaw.com

98305 KY
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Iron Works Enterprises Incorporated

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 12, 2025          **X** /s/ Charles Todd Durbin
                                      Signature of individual signing on behalf of debtor

                                      Charles Todd Durbin
                                      Printed name

                                      President
                                      Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Iron Works Enterprises Incorporated | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Louisville Water Co<br>550 S Third St<br>Louisville, KY 40202-1839 | | Utilities | | | | $37,345.11 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Withholding Taxes | | | | $31,706.40 |
| Capital One<br>Attn: Bankruptcy Dept<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3491 | | Credit card | | | | $10,824.54 |
| Nelson County Clerk<br>113 East Stephen Foster Ave<br>Bardstown, KY 40004 | | Government / Regulatory - Vehicle Registration | | | | $8,334.95 |
| Jefferson County Sheriff's Office<br>PO Box 34570<br>Louisville, KY 40232-4570 | | Property tax | Disputed | | | $4,816.29 |
| Harbor Steel & Supply Corp<br>PO Box 4250<br>Muskegon, MI 49444 | 231-739-7152 | Trade debt | | | | $3,712.30 |
| American Metal Supply Co. KY<br>PO Box 714602<br>Cincinnati, OH 45271-4602 | Amber Bibb<br><br>502-634-4321 | Trade debt | | | | $3,712.30 |
| American Welding & Gas, Inc.<br>PO Box 779009<br>Chicago, IL 60677-9009 | 270-769-0472 | Trade debt | | | | $2,284.87 |

Debtor    Iron Works Enterprises Incorporated    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kentucky Dept of Revenue Legal Support Branch - Bankruptcy P.O. Box 5222 Frankfort, KY 40602-2103 | | Sales tax | | | | $1,720.82 |
| Alro Steel Corp 24876 Network Place Chicago, IL 60673-1248 | Jessica Schoenb jschoenbaechler@alro.com 502-635-7481 | Trade debt | | | | $1,183.94 |
| Kentucky Dept of Revenue Legal Support Branch - Bankruptcy P.O. Box 5222 Frankfort, KY 40602-2103 | | KY - Withholding Tax | | | | $1,109.23 |
| Kwik-Set Fasteners, Inc. 4006 Bishop Lane Louisville, KY 40218 | 502-969-5311 | Trade debt | | | | $776.84 |
| Sunbelt Rentals Inc. PO Box 409211 Atlanta, GA 30384-9211 | Michelle Turner michelle.turner@sunbeltrentals.com 502-921-0025 | Trade debt | | | | $600.09 |
| Unifirst Corporation 715 Miles Point Way Lexington, KY 40510 | | Trade debt | | | | $467.35 |
| Air Hydro Power PO Box 9001005 Dept # 200 Louisville, KY 40290-1005 | Rob Henry ar@airhydropower.com 502-451-1000 | Trade debt | | | | $317.57 |
| Prolift 13001 Plantside Dr Louisville, KY 40299 | | Trade debt | | | | $169.60 |
| Masters' Supply, Inc. PO Box 34337 Louisville, KY 40232 | 502-459-2900 | Trade debt | | | | $81.48 |
| D&R Oil Company 349 Old Tunnell Mill Rd Bloomfield, KY 40008 | | Trade debt | | | | $2.89 |
| Carrier Properties 9411 Thixton Ln Louisville, KY 40291 | | 1480 South 13th St., Jefferson County, Louisville, KY 40210 | | Unknown | Unknown | Unknown |

Debtor  Iron Works Enterprises Incorporated  
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Louisville/Jefferson County Metro Govern Jefferson County Attorneys Office 200 S 5th Street, Suite 200N Louisville, KY 40202 | Michael B. Marks<br><br>Michael@WettererClare.com<br>502-451-3030 | Government / Regulatory | Contingent Unliquidated Disputed | $1,293,801.60 | Unknown | Unknown |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## WESTERN DISTRICT OF KENTUCKY

In re   Iron Works Enterprises Incorporated                                    Case No.   _____
                                    Debtor(s)                                  Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ _____ |
   | Prior to the filing of this statement I have received | $ _____ |
   | Balance Due | $ _____ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ 20,000.00 |
   | The undersigned shall bill against the retainer at an hourly rate of | $ 350.00 |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; preparation and filing of applications as needed; preparation and filing of motions.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation before any court or in any proceeding other than the United States Bankruptcy Court where the petition was filed.

In re   Iron Works Enterprises Incorporated                         Case No.   _____
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| March 12, 2025 | /s/ Joseph H. Haddad |
| *Date* | Joseph H. Haddad |
| | *Signature of Attorney* |
| | Seiller Waterman LLC |
| | Meidinger Tower - 22nd Floor |
| | 462 S. 4th Street |
| | Louisville, KY 40202 |
| | 502-371-3504  Fax: 502-371-9204 |
| | haddad@derbycitylaw.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## WESTERN DISTRICT OF KENTUCKY

In re: Iron Works Enterprises Incorporated, Debtor(s)

Case No.:
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles Todd Durbin<br>244 Stoner Road<br>Bardstown, KY 40004 | | 100% | Shares |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: March 12, 2025

Signature: /s/ Charles Todd Durbin
Charles Todd Durbin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
**WESTERN DISTRICT OF KENTUCKY**

In re: Iron Works Enterprises Incorporated  
Debtor(s)

Case No.  
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 12, 2025

/s/ Charles Todd Durbin  
Charles Todd Durbin/President  
Signer/Title

```
Air Hydro Power
PO Box 9001005
Dept # 200
Louisville, KY 40290-1005

Alro Steel Corp
24876 Network Place
Chicago, IL 60673-1248

American Metal Supply Co. KY
PO Box 714602
Cincinnati, OH 45271-4602

American Welding & Gas, Inc.
PO Box 779009
Chicago, IL 60677-9009

Capital One
Attn: Bankruptcy Dept
1680 Capital One Drive
Mc Lean, VA 22102-3491

Carrier Properties
9411 Thixton Ln
Louisville, KY 40291

D&R Oil Company
349 Old Tunnell Mill Rd
Bloomfield, KY 40008

Emily Price
244 Stoner Road
Bardstown, KY 40004

Ford Credit
P.O. Box 35911
Cleveland, OH 44135-0911

Ford Motor Credit
POB 17948
Greenville, SC 29606-8948

Harbor Steel & Supply Corp
PO Box 4250
Muskegon, MI 49444

Harbor Steel & Supply Corp
1115 E. Broadway
Muskegon, MI 49444

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

```
Jefferson County Sheriff's Office
PO Box 34570
Louisville, KY 40232-4570

Kentucky Dept of Revenue
Legal Support Branch - Bankruptcy
P.O. Box 5222
Frankfort, KY 40602-2103

Kwik-Set Fasteners, Inc.
4006 Bishop Lane
Louisville, KY 40218

Lincoln National Bank
Bloomfield Road Branch
940 Bloomfield Road
Bardstown, KY 40004

Louisville Water Co
550 S Third St
Louisville, KY 40202-1839

Louisville/Jefferson County Metro Govern
Jefferson County Attorneys Office
200 S 5th Street, Suite 200N
Louisville, KY 40202

Masters' Supply, Inc.
PO Box 34337
Louisville, KY 40232

Michael B. Marks
Wetterer & Clare
2933 Bowman Ave
Louisville, KY 40205

Nelson County Clerk
113 East Stephen Foster Ave
Bardstown, KY 40004

Prolift
13001 Plantside Dr
Louisville, KY 40299

Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384-9211

Travelers
Attn: Legal Department
One Tower Square
Hartford, CT 06183
```

```
Unifirst Corporation
715 Miles Point Way
Lexington, KY 40510

Unifirst Corporation
PO Box 650481
Dallas, TX 75265-0481

Wells Fargo Financial Leasing, Inc.
800 Walnut Street, F0005-044
Des Moines, IA 50309
```

# United States Bankruptcy Court
**WESTERN DISTRICT OF KENTUCKY**

In re  Iron Works Enterprises Incorporated                              Case No. _____

Debtor(s)                                                                                     Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Iron Works Enterprises Incorporated   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


March 12, 2025                                              /s/ Joseph H. Haddad
Date                                                             Joseph H. Haddad
                                                                    Signature of Attorney or Litigant
                                                                    Counsel for   Iron Works Enterprises Incorporated
                                                                    Seiller Waterman LLC
                                                                    Meidinger Tower - 22nd Floor
                                                                    462 S. 4th Street
                                                                    Louisville, KY 40202
                                                                    502-371-3504 Fax:502-371-9204
                                                                    haddad@derbycitylaw.com